# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

TRACIE RENFROE AND ANDREW
STAKELUM,
§
§
§
                                            §
        *Plaintiffs*,                       §
                                            §
    v.                                      §
                                            §
MARISSA GRABOWSKI,                          §
                                            §    Case No. _____
        *Defendant*.                        §
                                            §
                                            §

## DECLARATION OF TRACIE RENFROE

My name is Tracie Renfroe.  I am over the age of 21 and am in all ways competent to make this declaration based on my personal knowledge.

1. I have been practicing law for forty-one years and have been employed with the law firm of King & Spalding LLP ("K&S") for twenty years.

2. I am a litigation partner at K&S in Houston, Texas. In that capacity, I am the managing partner of K&S's Houston office and co-chair of K&S's Product Liability and Mass Torts practice group.

3. In my leadership roles with K&S, I am responsible for the overall management of the Houston office and one of two partners responsible for K&S's firmwide Product Liability and Mass Torts practice group.  As such, I am personally familiar with the roles and responsibilities of the attorneys in the Houston office and in K&S's Product Liability and Mass Torts practice group. I am also personally familiar with the roles and responsibilities associates have at K&S and the type of work they are tasked to perform.

4. In that capacity, I routinely work with Andrew Stakelum.  He is a respected litigation partner in the Houston office who assisted me as a Talent Partner in our Texas offices for the Product Liability and Mass Torts practice group. That role involved overseeing performance reviews, utilization and staffing on cases for the K&S associates in Texas who were assigned to that practice group.

5. Based on my extensive interactions with Mr. Stakelum, I directly observed that he approached his role as a Texas Talent Partner with diligence and respect for all of the associates.

6. As a partner of K&S, I also knew Marissa Grabowski when she was an associate with K&S in the Houston office.

7. During her employment with K&S, I observed Ms. Grabowski had lapses in judgment and did not meet K&S's expectations for an associate at her level. Ultimately, K&S made the decision to terminate her employment based on performance and judgment deficiencies.

8. I have not seen or spoken with Ms. Grabowski since she stopped working at the K&S Houston office, but I learned on July 4, 2026 that she published false statements about me on LinkedIn.

9. I have read Ms. Grabowski's July 4, 2026 LinkedIn post and the draft petition attached to it and unequivocally deny the false statements she maliciously made about me in paragraphs 3, 4, 47, and 53 of the draft petition.

10. Ms. Grabowski never reported to me that she was allegedly sexually assaulted by Andrew Stakelum on or about June 2025 or at any other time during her employment. I had no knowledge from her of that allegation at any time during her employment with K&S.

11. Further, I never witnessed any such alleged conduct.

12. The allegations made by Ms. Grabowski are shocking, outrageous and completely false.

13. I submit this declaration to ensure the truth is told and that my family and my career are protected from Ms. Grabowski's false statements about me.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of July, 2026.

Signed by:

Tracie Renfroe

Tracie Renfroe

3