United States District Court
Southern District of Texas
**ENTERED**
October 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRACIE RENFROE, ET AL., *Plaintiffs*, | § § § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-05327 |
| MARISSA GRABOWSKI, *Defendant*. | § § § | |

**ORDER**

Plaintiffs instituted this state law defamation case on July 6, 2026 asserting diversity subject matter jurisdiction. ECF 1. Defendant was served personally at an address in Los Angeles, California on July 9, 2026. ECF 7. Defendant promptly filed on July 13, 2026 "Defendant Marissa M. Grebowski's Rule 12 Answer, Affirmative Defenses, and Counterclaims." ECF 8. Defendant asserts 21 affirmative defenses and purports to incorporate Exhibit B to Plaintiff's Original Complaint as her operative Counterclaims. *Id.* at 18-24. In addition, Defendant attached to her responsive pleading a Motion to Dismiss for Lack of Subject Matter Jurisdiction. *Id.* at 29-32.

Plaintiffs filed an Amended Complaint as a matter of right on July 16, 2026 (ECF 9) and filed a Motion to Strike or Dismiss Defendant's Counterclaims. ECF 12. Defendant filed a "Limited Response" on August 17, 2026. ECF 15. Defendant's Response does not substantively respond to Plaintiffs' arguments and

instead contends it is premature because the deadline for amending pleadings has not passed and urges the Court to first resolve her Motion to Dismiss for Lack of Subject Matter Jurisdiction, which she again attached as an exhibit. Because Defendant has never filed a Motion to Dismiss as an independent document, the Court's CM/ECF system does not reflect a pending Motion to Dismiss. Defendant has never filed a responsive pleading to Plaintiffs' First Amended Complaint.

The Court conducted the Initial Pretrial and Scheduling Conference by Zoom, on the record, on October 19, 2026. Defendant unequivocally stated on the record that she does not oppose Plaintiff's Motion to Strike her Counterclaims. It is therefore

ORDERED that Plaintiff's Motion to Strike (ECF 12) is GRANTED and Defendant's Counterclaims asserted in ECF 8 are STRUCK from the record. It is further

ORDERED that Defendant must file her Motion to Dismiss the case for lack of subject matter jurisdiction as an independent motion on the docket within 14 days of entry of this Order.

Signed on October 20, 2026, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge